FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTRAND DICKSON,<br><br>    Petitioner,<br><br>v.<br><br>M. EVANS, Warden,<br><br>    Respondent. | Case No. CV 07-7419-GAF (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action for lack of jurisdiction.

DATED: 6/26/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE